IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ARNETIA SHAMEE JOHNSON                                                    PLAINTIFF

vs.                              Civil No. 1:17-cv-01070

NANCY A. BERRYHILL                                                        DEFENDANT
Acting Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

On March 22, 2018, Arnetia Shamee Johnson ("Plaintiff") filed this Unopposed Motion for Voluntary Dismissal. ECF No. 14. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Plaintiff has requested a voluntary dismissal, and Defendant has no objections to this Motion. Accordingly, the undersigned **GRANTS** Plaintiff's Motion for Voluntary Dismissal (ECF No. 14) and dismisses Plaintiff's case without prejudice.

**ENTERED this 4th day of April 2018.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE