IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ARNETIA SHAMEE JOHNSON                                                        PLAINTIFF

vs.                        Civil No. 1:17-cv-01070

NANCY A. BERRYHILL                                                            DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

In accordance with the Memorandum Opinion entered in the above-styled case on today's date, the Court hereby orders Plaintiff's case DISMISSED without prejudice.

**ENTERED this 4th day of April 2018.**

                                                      /s/   Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U.S. MAGISTRATE JUDGE